UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-3075
_____

DAVID SCHAFFNER, JR.; THERESA SUE SCHAFFNER

v.

MONSANTO CORPORATION
Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2:19-cv-01270)
Magistrate Judge: Honorable Cynthia R. Eddy

_____

Argued October 19, 2023
_____

Before: CHAGARES, Chief Judge, PHIPPS and CHUNG, Circuit Judges
_____

JUDGMENT
_____

This case came to be considered on appeal from the United States District Court for the Western District of Pennsylvania and was argued on October 19, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment entered by the District Court on October 3, 2022 is REVERSED.

Costs taxed against Appellees. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 15, 2024

Certified as a true copy and issued in lieu of a formal mandate on October 2, 2024

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**