OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 2, 2024

Brandy S. Lonchena
United States District Court for the Western District of Pennsylvania
Joseph F. Weis Jr. United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE: David Schaffner, Jr., et al v. Monsanto Corp
Case Number: 22-3075
District Court Case Number: 2-19-cv-01270

Dear District/Bankruptcy Clerk

Enclosed herewith is the certified judgment together with copy of the in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very truly yours,

Patricia S. Dodszuweit, Clerk

 By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc:  All Counsel of Record